UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ISAAC K. JONES,

       Plaintiff,

Case No. 1:10-cv-386

v.

HON. JANET T. NEFF

JAMES COSGROVE et al.,

       Defendants.

_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation (Dkt 66) filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 66), filed March 7, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's Complaint for a Restraining Order, construed as a Motion for Restraining Order, (Dkt 19); plaintiff's Motion for Preliminary Injunction (Dkt 34); and plaintiff's Complaint for a Restraining Order, construed as a Motion for Restraining Order, (Dkt 59) all be **DENIED**.

Dated: April 1, 2011                    /s/Janet T. Neff
                                              JANET T. NEFF
                                              UNITED STATES DISTRICT JUDGE